**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name WARREN    Edgar    Lee
     (Last)    (First)    (Initial)

Prisoner Number Edgar Lee WARREN

Institutional Address 35 county center DR. oRoville, ca 95965

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee WARREN
(Enter the full name of plaintiff in this action.)

vs.

GOVERNOR ARNOLD SCHARZENEGGER, Butte COUNty Jail

(Enter the full name of the defendant(s) in this action)

CV 08 3077

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A. Place of present confinement Butte county Jail

   B. Is there a grievance procedure in this institution?
      YES ( )    NO (X)

   C. Did you present the facts in your complaint for review through the grievance procedure?
      YES ( )    NO (X)

   D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                    - 1 -

RECEIVED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. Informal appeal _None_

2. First formal level _None_

3. Second formal level _None_

4. Third formal level _None_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. _Warren think This Is A issues For Complaint undr Ther civil Rights Act, Title 42.U.S.C §1983# and Butte county State Dont go by law_

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_Edgar Lee Warren 35 county center Dr. Oroville, CA 95965_
_Governor Arnold Schwarzenegger, Sacramento, CA_
_Butte county Jail 35 county center DR, CA 95965_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT — 2 —

1. GOVERNOR ARNOLD SCHRZENEGGER Legal
2. RESPONSIBLE FOR all OF The state county
3. Jail and PRisons and MENtal state Hospital
4. Prisons in state of california however
5. Edgar Lee WARREN is in Butter county Jail as
6. A inmate at This time and Edgar Lee WARREN
7. complaints of violations of his civil Rights
8. that Butter county Jail will not let MR.
9. Edgar Lee WARREN smoke CIGARETTE here
10. when He can go out side on WARREN time
11. For Yard and so on and so on however
12. Edgar Lee WARREN all so on The issues
13. that WARREN complaint of violations of
14. his civil Rights that WARREN have A Right
15. To weights here at Butter county Jail To
16. work out with so there for issues is
17. This ANY inmate's ARe PRison's ARe ANY
18. MENtal state Hospital PRison's and
19. WARREN have A constutional Rights To
20. smoke CIGARELLE and WARREN have
21. A constitutional Rights To Weights
22. To WORK out with it so there FOR
23. Edgar Lee WARREN IS A black American
24. of The united states so what MR.
25. WARREN say The American's that not
26. inmate's ARe not PRison's ARe not
27. MENtal state PRison's and they have
28. that constitutional Rights smoke

1. CiGARELLE as AMERICAN's and have A
2. constitutional Rights to Weights and To WORK
3. out With it. ON This issues INmates ARe
4. Prison's ARe ANY MENtal state Hospital
5. Prison's that Edgar Lee WARReN have that
6. same constitutional Rights ANY other
7. AMERICAN and This like as A American
8. We have A Rights To Vote by U.S. contitution
9. By The 13th, 14th and 15th Amendments so
10. WARReN should have The Right To Smoke
11. CiGARELLE iN Jails ARe IN PRiSON's ARe
12. ANY MENtal state Hospital PRisons
13. however Butte county Jail have violated
14. Edgar Lee WARReN constitutional Rights ON
15. ON The 8th, 9th, 14th Amendments of U.S.
16. contitution so This issues put be FOR
17. The Federal court on Lawsuit about This
18. issues IN This COMPLAINt and is asking The
19. To put This Lawsuit through Federal court and
20. To APPINtMENt can not Read ARe WRite and
21. so ON and so ON Regional ceNter of
22. BakersFeild of California Edgar Lee WARReN
23. service coordinator Worker Phone number
24. (661) 327-8531 # Regional center For The
25. mentally Retarded and mental PRobLems
26. Is FOR EdgarLee WARReN they have his File
27. there ask For WARReN service coordinator
28. Worker there if need it and go ON.

Page 3

1. UNDER The Law Edgar Lee WARREN been
2. DESCRIMINATION about his constitutional
3. Rights UNDER The 8th, 9th, oF The
4. united states contitution however
5. Edgar Lee WARREN have The Right To The
6. EQUAL PROTECTION OF The Laws oF
7. The united states contitution oF
8. The 8th, 9th, 14th Amendments oF U.S.
9. contitution and that UNDER The Law
10. and by Law and so on and so on.
11.
12. SIGNATURE: Edgar Lee Warren
13.
14. DATE June-16-2008

1 can not get all of The complaint on
2 here see Attach
3
4

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

10 Can not get all of The complaint on
11 here see Attach

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 Warren is asking The court to put This
27 Lawsuit through Federal court and To
28 APPintment counsel on This Lawsuit for Warren
and Warren can not Read AReer Write and so on

COMPLAINT                          - 3 -

1. Edgar Lee Warren
2. 35 County Center Dr.
3. Oroville, Ca 95965
4. 
5. Edgar Lee Warren, Phone number (530) 895-0186
6. home Address 1145 W. 2nd street #3
7. City Chico, County of Butte
8. State of California
9. Zip code. 95926
10. 
11. Napa State Hospital
12. 2100 Napa-Vallejo Highway
13. Napa, Ca 94558-6293#
14. Public (707) 253-5000
15. TDD (707) 253-5768
16. Fax (707) 253-5513
17. 
18. Diana Warren daughter, Phone number (661) 633-1262
19. 1508 Monterey Apt H
20. Bakersfeild, Ca 93305
21. 
22. Kameshia Warren daughter
23. Don't Know Address she is in
24. East Phlo Alto California
25. 
26. however Edgar Lee Warren is Waite To go
27. To Napa State Hospital so if Warren is
28. not here that where Warren will be and soon

1 _____
2 _____
3 _____
4 _____

5    I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this _16_ day of _June_, 20_2008_

9              _Edgar Lee Warren_
10                   (Plaintiff's signature)

COMPLAINT                    - 4 -



Edgar Lee Warren
35 County Center Dr
Oroville CA 95965

BUTTE COUNTY JAIL INMATE

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

