Edgar Lee WARREN
35 COUNTY CENTER DR.
OROVILLE, CA 95965

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee WARREN,

    Plaintiff,

vs.

GOVERNOR ARNOLD SCHARZENEGGER, Butte County Jail

    Defendant.

CV 08 3077 MHP (PR)

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Edgar Lee WARREN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  NONe I was on SSI
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or             Yes ___ No X
10           self employment
11      b.   Income from stocks, bonds,          Yes ___ No X
12           or royalties?
13      c.   Rent payments?                      Yes ___ No X
14      d.   Pensions, annuities, or             Yes ___ No X
15           life insurance payments?
16      e.   Federal or State welfare payments,  Yes ___ No X
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  NONe
22  _____
23  3.   Are you married?                        Yes ___ No X
24  Spouse's Full Name: Warren was married But not any more.
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ NONe          Net $ NONe
28  4.   a.   List amount you contribute to your spouse's support: $ NONe

S. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  NONE and WARREN was on SSI
6  _____
7  5.  Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No _X_ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: NONE
15 NONE
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 NONE
21 8.  What are your monthly expenses?
22 Rent: $ NONE                      Utilities: _____
23 Food: $ _____                Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 NONE                   $ _____            $ _____
27 _____             $ _____            $ _____
28 _____             $ _____            $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  *not that I know*
4
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  *I have lawsuit in this court But not on the*
10 *same issues*
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 *June*                         *Edgar Lee Warren*
17      DATE                      SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee Warren_ for the last six months at
[prisoner name]
_Butte County Jail_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __55¢__.

Dated: _June_                              _____
                                            [Authorized officer of the institution]

Butte County Jail will not give The Right Form about how much money Edgar Lee Warren had on The books in -6- and only 55¢ - and Butte County Jail and officer's will not put they Signature on The Forms and Warren had 55¢ - For only with-in -6- month so here Signature: Edgar Lee Warren DAte June

-5-

# B POD 66B

```
                                                              6/10/2008
                                                             11:40:37 AM
                           CANTEEN CORPORATION
                            BUTTE COUNTY JAIL
                                Pick List
          Name: EDGAR WARREN
     Inv. Date: 06/10/2008                         Invoice: 5276315
            Id: 137286         Module: B POD 66B   Serial #: 000017
    ======================================================================
       Qty  Item                         Code #        Price      Amount
    ======================================================================
         1  BUTTE IND KIT                  8372        $0.00       $0.00
            1
         1  IBUPROFEN 4TAB-BIND            6602        $0.00       $0.00
            1
    ----------------------------------------------------------------------
         2
                  Previous Balance:       $0.55   Base Sale:       $0.00
                       New Balance:       $0.55   Debitek:         $0.00
                                                  Tax:             $0.00
                                                  Total:           $0.00
    ----------------------------------------------------------------------
    Signature: _____
    NEW CODE FOR SPEED STICK 2OZ 8112.
```