Edgar Lee Warren Pro Per
35 County Center Dr.
Oroville, CA 95965

FILED
E-filing
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edgar Lee Warren,
  Plaintiff,

vs.

Governor Arnold Scharzenegger,
Butte County Jail   Defendant.

CASE NO. CV 08 3077 MHP (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Edgar Lee Warren declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/N _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _NONe and WARREN was on SSI_
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                Yes ___ No X
10        self employment
11    b.  Income from stocks, bonds,             Yes ___ No X
12        or royalties?
13    c.  Rent payments?                         Yes ___ No X
14    d.  Pensions, annuities, or                Yes ___ No X
15        life insurance payments?
16    e.  Federal or State welfare payments,     Yes ___ No X
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _None_
22 _____
23 3.  Are you married?                          Yes ___ No X
24 Spouse's Full Name: _not ANY more_
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _None_                 Net $_____
28 4.   a.  List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    _they ARe Women — 34 -and -28-old_
6    _year_____
7    5.    Do you own or are you buying a home?    Yes ___ No _X_
8    Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ___ No _X_
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No _X_ If so, Total due: $_____
12   Monthly Payment: $_____
13   7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $_____
17   Do you own any cash? Yes ___ No _X_ Amount: $_____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)    Yes ___ No _X_
20   _None_____
21   8.    What are your monthly expenses?
22   Rent: $_____    Utilities: _____
23   Food: $_____    Clothing: _____
24   Charge Accounts:
25   Name of Account        Monthly Payment        Total Owed on This Acct.
26   _None_                  $_____            $_____
27   _____             $_____            $_____
28   _____             $_____            $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _None That Warren Know_
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _None_
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  _June 30-2008_                    _Edgar Lee Warren_
17  DATE                              SIGNATURE OF APPLICANT

Case Number: CV08 3077

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Edgar Lee Warren** [prisoner name] for the last six months **Butte County Jail** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **55¢**.

Dated: **June 30-2008**

_____
[Authorized officer of the institution]

Edgar Lee Warren had ask Butte County Jail sergeants and officers to put they signatures on this forms that show how much money Warren had on the books with in six month and the sergeants and officers will not do it however Butte County Jail will not give Warren any more forms on how much money Warren had on books and the inmates here is witnesses to this issues and Warren only 55¢ # on the books with in six month This is all I can do on this issue and so on

Signature: **Edgar Lee Warren**

**June 30-2008 #**

- 5 -

